UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.: 24-CR-279 (CKK) |
| v. | : | |
| | : | |
| **ANDREW SETTLES,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby informs the Court that Assistant United States Attorney Aliya Khalidi is entering her appearance as counsel in the above-captioned matter.

                         Respectfully submitted,

                         MATTHEW M. GRAVES
                         United States Attorney
                         D.C. Bar No. 481052

By:   */s/ Aliya Khalidi*
        Aliya Khalidi
        Assistant United States Attorney
        MA Bar No. 682400
        601 D Street NW, Washington, DC 20530
        aliya.khalidi@usdoj.gov
        202-252-2410

## CERTIFICATE OF SERVICE

On this 12th day of June 2024, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Aliya Khalidi*
Aliya Khalidi
Assistant United States Attorney