# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 24-MJ-279 CKK |
| ANDREW SETTLES, | ) |
| Defendant. | ) |

## DECLARATION CERTIFYING FAMILIARITY WITH THE LOCAL RULES OF THE U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, John D. Stobbs, II, hereby declare:

1. On June 21, 2024 I was admitted to appear in this Court pro hac vice for the above case.

2. Subsequent to the Order granting my pro hac vice motion, I entered my appearance on behalf of Defendant Andrew Settles.

3. I also reviewed the local rules of the U.S. District Court For The District Of Columbia and am familiar with them.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Alton, Illinois, this 21st day of June, 2024.

Dated: June 21, 2024

Respectfully submitted,

/s/John D. Stobbs II
John D. Stobbs II, No. 06206358
Attorney for Defendant
307 Henry St. Suite 211
Alton, Illinois 62002
Telephone: (618)462-8484
FAX: (618)462-8585
Email: jds2@stobbslaw.com

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 21, 2024, a copy of the attached *Declaration Certifying Familiarity With The Local Rules Of The U.S. District Court For The District Of Columbia* was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Ms. Aliya Khalidi  
Department Of Justice-U.S. Attorney's Office  
601 D. Street NW  
Washington, DC 20002

STOBBS LAW OFFICES

/s/ John D. Stobbs II  
307 Henry St. Suite 211  
Alton, Illinois 62002