# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | No. 24-CR-279 (CKK) |
| | : | |
| **ANDREW SETTLES** | : | |
| | : | |
| **Defendant.** | : | |

## REQUEST TO CONTINUE STATUS HEARING

The United States of America and the Defendant Andrew Settles, through counsel, have conferred regarding the above-captioned matter. The United States requests, with the defendant's consent, to a continuance and to toll this time under the Speedy Trial Act. The government extended a plea offer to the Defendant on July 15, 2024. This plea expires on August 19, 2024. The government also anticipates providing the Defendant with additional discovery this week. The government and the Defendant are both generally available between August 26 and September 20, 2024. As the defendant is not in custody and the continuance is short, the parties' request is reasonable under the circumstances.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:    /s/ Aliya Khalidi
ALIYA KHALIDI
Assistant United States Attorney
MA Bar Number 682400
U.S. Attorney's Office for the District of Columbia
601 D Street, NW Washington, D.C. 20001
(202) 252-2410
Aliya.khalidi@usdoj.gov

## CERTIFICATE OF SERVICE

On this 22nd day of July 2024, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Aliya S. Khalidi*

Aliya S. Khalidi

Assistant United States Attorney